■ In the Matter of ERNEST W. BRUNNER, an Attorney.— Motion to vacate the order of this court entered on April 11, 1972, disbarring respondent from practice as an attorney and counselor at law in the State of New York effective May 11, 1972, and to grant a rehearing on petitioner's motion to confirm the report of the Referee, denied in all respects. Concur — Stevens, P. J., McGivern, Kupferman, McNally and Tilzer, JJ.